No. 2747.—EL PUEBLO, apldo., *v.* VELÁZQUEZ, aplte.—C. D. Guayama. Portar armas. Mayo 27, 1926. Confirmada la

sentencia apelada porque existiendo un conflicto en la prueba no aparece que haya sido apreciada indebidamente por la corte sentenciadora.